```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    XOCHITL D. ARTEAGA (Cal. Bar No. 227034)
 4  Violent and Organized Crime Section
    STEPHANIE S. CHRISTENSEN (Cal. Bar No. 236653)
 5  OCDETF Section
    Assistant United States Attorneys
 6       12th Floor United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-3756/0500
 8       Facsimile: (213) 894-0141
         E-mail:    stephanie.christensen@usdoj.gov
 9       E-mail:    xochitl.arteaga@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 08-506(A)-GW |
|---|---|---|
| Plaintiff, | ) | **DISMISSAL OF COUNTS 17, 18, 19, AND 22 OF THE FIRST SUPERSEDING INDICTMENT WITHOUT PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a)** |
| v. | ) | |
| MASOUD BAMDAD, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, hereby moves to dismiss Counts 17, 18, 19, and 22 of the First Superseding Indictment in the above-

captioned case, without prejudice to later re-filing within the statute of limitations period, including after sentencing on the counts of conviction. Counts 1, 12, 13, 14, 15, 16, 20, and 21 were previously dismissed without prejudice. This dismissal is filed pursuant to Fed. R. Crim. P. 48(a).

                                Respectfully submitted,

                                THOMAS P. O'BRIEN
                                United States Attorney

                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division

   5/18/09                                     /s/
DATE                                        STEPHANIE S. CHRISTENSEN
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America