UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-506-GW | Date | July 2, 2009 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Javier Gonzalez | Wil Wilcox | Xochitl D. Arteaga; Stephanie S. Christensen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Masoud Bamdad | | ✔ | ✔ | David J.P. Kaloyanides | ✔ | | ✔ |

**DEFENDANT MASOUD BAMDAD'S EX PARTE APPLICATION REQUESTING A CLOSED HEARING TO APPOINT AN ATTORNEY AND HAVING DIFFICULTY TO PAY FOR TRIAL TRANSCRIPT;**

**DEFENDANT MASOUD BAMDAD'S EX PARTE APPLICATION FOR EXTRA LAW LIBRARY ACCESS AT THE METROPOLITAN DETENTION CENTER (MDC);**

**Proceedings:** **DEFENDANT MASOUD BAMDAD'S MOTION FOR RETURN OF PROPERTY.**

Hearing is held.  The Court, defendant and his counsel confer, outside the presence of government counsel, regarding matters of representation.

In the presence of government counsel, the Court **continues** the above-entitled applications to **July 13, 2009 at 8:00 a.m.**

IT IS SO ORDERED.

|  | : | 14 |
|---|---|---|
| | Initials of Deputy Clerk | JG |

cc: