GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
XOCHITL D. ARTEAGA (Cal. SBN: 227034)
Violent & Organized Crime Section
STEPHANIE S. CHRISTENSEN (Cal. Bar No. 236653)
OCDETF Section
Assistant United States Attorneys
      12th Floor United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0500/3756
      Facsimile: (213) 894-3713
      E-mail:   xochitl.arteaga@usdoj.gov
      E-mail:   stephanie.christensen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 08-00506(A)-GW |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION TO STRIKE |
| | ) DEFENDANT'S MOTIONS FILED IN |
| v. | ) PRO SE |
| MASOUD BAMDAD, | ) HEARING DATE: November 12, 2009 |
| | )              8:00 a.m. |
| Defendant. | ) |

_____

     Plaintiff, United States of America, by and through its

counsel of record, the United States Attorney for the Central

District of California, hereby files this motion to strike

defendant's motions filed in pro se.  This document is based upon

///

///

the attached memorandum of points and authorities, any argument
upon hearing of this motion, and the complete files and records
of this case.


Dated: November 5, 2009          Respectfully submitted,

                                 GEORGE S. CARDONA
                                 United States Attorney

                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                 _____/s/_____
                                 XOCHITL D. ARTEAGA
                                 STEPHANIE S. CHRISTENSEN
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

### I.

3

### INTRODUCTION AND ARGUMENT

4     Defendant Masoud Bamdad is awaiting sentencing after being

5 convicted on multiple counts of distributing and dispensing

6 oxycodone--a Schedule II narcotic drug--outside of the usual

7 course of professional practice and without a legitimate medical

8 purpose, for doing so to persons under the age of 21, in

9 violation of 21 U.S.C. §§ 841(a)(1) and 859.  No sentencing date

10 has been scheduled.  Defendant has been continuously represented

11 by counsel, but nonetheless has attempted to file numerous

12 motions and requests of the Court in pro se.

13     On August 4, 2009, the parties appeared before the Court.

14 At the hearing, the Court instructed defendant not to file

15 documents himself without first conferring with counsel.  The

16 Court also said that the documents defendant filed in "pro se" to

17 date would not be calendared, and gave counsel for defendant an

18 opportunity to review the documents and to speak to his client.

19 The Court indicated that the documents defendant filed could be

20 re-calendared if necessary.  To date, defendant's attorney has

21 not asked that documents be calendared.

22     Despite the Court's August 4, 2009 oral order that defendant

23 not file documents in pro se while represented by counsel,

24 defendant filed the following documents himself, again labeled as

25 filed in pro se:

26 •   Motion for Request for Re-consideration for Bail Pending

27

28                     3

Motion for Judgment of Acquittal, filed on September 9, 2009;

• Motion to Request Reconsideration For Bail Pending Motion for Judgment of Acquittal (Rule 29), or Alternatively Re-Trial (Rule 33) and Probable Final Appeal Pursuant to USCA 18, 3141(b) & 3143(a)(2)(A)(i) and (b)(1)(B)(iv), filed on October 23, 2009;

• Motion for Writ of Coram Nobis and Motion to Dismiss, filed on October 23, 2009; and

• Ex Parte Application for Medical Examination and Release from Segregation, filed on October 31, 2009;

In light of the Court's indication that it would not adjudicate motions filed by defendant personally, the government understands the Court's order to mean that no response is required from the government at this time.

The Court should strike all documents as improperly filed. In the alternative, the government reserves the right to respond to defendant's motions in the event the Court calenders them or otherwise expresses an interest in adjudicating them.

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**III.**

**CONCLUSION**

The government respectfully requests the Court strike the above-listed documents filed in <u>pro</u> <u>se</u>.


Dated: November 5, 2009          Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
XOCHITL D. ARTEAGA
STEPHANIE S. CHRISTENSEN
Assistant United States Attorneys

Attorneys for Respondent
UNITED STATES OF AMERICA