## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | |
| Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

_____   ☐ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of _____
*New Attorney*

as attorney of record in place and stead of _____
*Present Attorney*

Dated _____          _____
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____          _____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____          _____
*Signature of New Attorney*

_____
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____          _____
*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (**G-01** ORDER) ALONG WITH THIS REQUEST.