Michael A. Brush, SBN #046576
**BRUSH & SACKS**
1880 Century Park East, Suite 615
Los Angeles, CA 90067
Telephone: 310.203.8818
Facsimile: 310.203.8828

Attorney for Defendant, MASOUD BAMDAD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MASOUD BAMDAD,<br><br>                    Defendant. | CASE NO. **CR 08-506 (A) GW**<br><br>**PROTECTED INFORMATION FILED PURSUANT TO PROTECTIVE ORDER FOR EXHIBITS A-H**<br><br>DATE: July 29, 2010<br>TIME: 10:00 A.M. |

PLEASE TAKE NOTICE THAT in the Courtroom of The Honorable Judge George H. Wu, United States District Judge, Defendant, Masoud Bamdad, will, and hereby does, enter to the Court Exhibits A-H and such Exhibits are *UNDER SEAL* and *PROTECTED* pursuant to the Protective Order.

DATED: June 29, 2010                              Respectfully Submitted,

                                                  */s/ Michael A. Brush*

                                                  Michael A. Brush
                                                  Counsel for Defendant

---
1
**PROTECTED INFORMATION FILED PURSUANT TO PROTECTIVE ORDER FOR EXHIBITS A-H**

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA,       )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1880 Century Park East, Suite 615, Los Angeles, CA 90067.

On June 29, 2010 I served the foregoing described as **PROTECTED INFORMATION FILED PURSUANT TO PROTECTIVE ORDER FOR EXHIBITS A-H** on counsel for all named parties in this action by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

Stephanie S. Christensen, Esq.
Assistant U.S. Attorney
Xochitl D. Arteaga, Esq.
Assistant U.S. Attorney
312 North Spring Street
Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29th at Los Angeles, California.


Jean-Paul C. Lundy                            */s/ Jean-Paul C. Lundy*
                                              Signature of Declarant

---

2
**PROTECTED INFORMATION FILED PURSUANT TO PROTECTIVE ORDER FOR EXHIBITS A-H**