```
Michael A. Brush
BRUSH & SACKS
1880 Century Park East, Suite 615
Los Angeles, CA 90067
TEL: (310)203-8818
FAX: (310)203-8828

Attorney for Defendant, MASOUD BAMDAD
```

UNITED STAES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>MASOUD BAMDAD,<br>　　　　Defendant. | CASE No. CR 08-506 (A) GW<br><br>NOTICE OF MOTION AND MOTION TO REQUEST "GAG ORDER", OR IN ALTERNATIVE ORDER TO SEAL THE ENTIRE RECORD<br><br>Date of Hearing:<br>Time of Hearing:<br>Courtroom: Hon. Judge George H. Wu |

TO THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA AND HIS REPRESENTATIVE:

NOTICE IS HEREBY GIVEN THAT, Defendant Bamdad, who is represented by Attorney Michael A. Brush, on          at          or as soon as thereafter this matter may be heard in the Courtroom of The Honorable George H. Wu, United States District Judge, Defendant, will, and hereby does, move the court for a "Gag Order" or in the alternative seal the entire record for purpose of avoiding media access.

This Motion is based on this notice, the attached Memorandum of Points and Authorities, the declaration of Defendant, the papers, pleading

//
//
//

1  and other information in the court's file, the defendant's due process right,
2  and such other matters of which the Court may take judicial notice.
3  Dated: July 8, 2010                    Respectfully submitted,

/s/
Michael A. Brush, Attorney for
Masoud Bamdad, M.D.

Michael A. Brush
BRUSH & SACKS
1880 Century Park East, Suite 615
Los Angeles, CA 90067
TEL: (310)203-8818
FAX: (310)203-8828

Attorney for Defendant MASOUD BAMDAD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>MASOUD BAMDAD,<br>　　　　Defendant. | CASE No. CR 08-506 (A) GW<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REQUEST A "GAG ORDER" OR IN THE ALTERNATIVE TO SEAL THE ENTIRE RECORD |

　　　　COMES NOW, Attorney Michael A. Brush for Defendant Masoud Bamdad, hereby submits Memorandum of Points and Authorities in Support of Motion for a Gag Order to keep media and public unprofessional opinion out of this case at this sensitive and important time of sentencing to protect defendant's family from superficial public judgment.

　　　　Counsel Michael Brush believes this request is appropriate and justified after practicing law for 40 years and having been member of this Court.

Dated: July 8, 2010

Respectfully submitted,

/s/
_____
Michael A. Brush, Attorney for
Masoud Bamdad, M.D.

3
Memorandum of points and Authoritier for Gag Order

Accordingly, Government's easy access to media and internet, not only altered the public opinion about this case and destroyed Bamdad's background and reputation. It also destroyed Bamdad's family reputation; his wife as a dentist and his daughter a public accountant, by adding their name to the concurrent civil case for confiscating family savings in regard to their connection to drug-trafficking!

At this point, Defendant Bamdad is not worry about his own name and reputation, but does not like the additional publicity causing more damages to his family members professions, reputation, and public life. Particularly in the fact that their name is not a common name not only in the United States but possibly in the rest of the world.

## III. CONCLUSION

For the aforementioned reasons, defendant Bamdad respectfully requests this honorable Court granting a "Gag Order" for the following reasons: 1) To avoid Bamdad's punishment by media and wrongful superficial opinion; 2) To preserve the remainder of Bamdad's family reputation; 3) To avoid possible prejudicial influence of the public opinion on the Court's decision.

Dated: July 8, 2010

Respectfully submitted,

/s/
_____
Michael A. Brush, Attorney for
Masoud Bamdad, M.D.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>     vs.<br><br>MASOUD BAMDAD,<br>           Defendant. | CASE No. CR 08-506 (A) GW<br><br>(Proposed) ORDER GRANTING "GAG ORDER" |

Upon review of the defendant Motion and Request for "Gag Order". Defendant shows ground.

It is hereby ORDERED that from now on, no further information to be released to media for possibility of producing bias and prejudice against defendant's family.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
HONORABLE GEORGE H. WU

Submitted by:
Michael A. Brush
1880 Century Park East, Suite 615
Los Angeles, CA 90067
(310)203-8818