# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff,*<br><br>  vs.<br><br>MASOUD BAMDAD,<br><br>           *Defendant.* | CASE NO. CR 08-506(A)-GW<br><br>**ORDER GRANTING EX PARTE APPLICATION REQUESTING SEALING OF EXHIBITS A - H** |

GOOD CAUSE APPEARING Defendant's Ex-Parte Application is hereby granted and the Court hereby issues an ORDER allowing the exhibits referenced as EXHIBITS A - H are sealed and protected pursuant to the established Protective Order in the above-captioned matter.

DATED: July 7, 2010

*/s/ George H. Wu*
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1