USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 2:08-cr-00506-GW   Document 285   Filed 07/09/10   Page 1 of 1   Page ID #:5147

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
U.S. MARSHAL SERVICE
2010 FEB -3 PM 1:02

FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

#923

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR 08-00506 (A) GW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Masoud Bamdad | Execute Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
326 N. Maclay Ave.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
San Fernando, CA 91340

#1 JDIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA MONICA E. TAIT
U. S. COURTHOUSE
312 N. SPRING STREET, 14TH FLOOR
LOS ANGELES, CA 90012

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                   Fold

Pursuant to the attached Order, page 2, paragraph A(1)-(2), take constructive custody of 326 N. Maclay Ave, San Fernando, CA 91340 as follows: deliver copy of Order to a responsible adult doing business at property during normal business hours; and conduct a full inspection of the property, including an appraisal. Make two written attempts to secure agreement of property's custodian to the time and date of inspection and appraisal. If no agreement is reached (or if no responses to your written attempts are received), conduct the inspection and appraisal at any time during normal business hours. 09-DEA-516520

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (213) 894-2931 | DATE 2/1/10 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk | Date 0/3/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date 2/18/10 | Time 1300 ☐ am ☑ pm |
|---|---|

Signature of U.S. Marshal or Deputy
4048

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**REMARKS:**
PRELIMINARY ORDER OF FORFEITURE WAS SERVED TO SHABNAM DASTMALCHIAN ON 02/18/10. THE PROPERTY WAS INSPECTED, AND PROPERTY WAS APPRAISED FOR $904,000.00 ON 02/18/10.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00