Michael A. Brush, SBN #046576
**BRUSH & SACKS**
1880 Century Park East, Suite 615
Los Angeles, CA 90067
Telephone: 310.203.8818
Facsimile: 310.203.8828

Attorney for Defendant, MASOUD BAMDAD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  **CR 08-506 (A) GW** |
| | ) |
| | ) **REQUEST FOR CONTINUANCE;** |
| Plaintiff, | ) **EXTENSION OF TIME FOR** |
| | ) **SENTENCING DATE** |
| vs. | ) |
| | ) |
| MASOUD BAMDAD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

PLEASE TAKE NOTICE that Defendant MASOUD BAMDAD will and hereby does

request this Court for a continuance on the grounds that counsel for the defense is convinced that his

client requires a psychological evaluation necessitates at least one month in the above captioned matter.

DATED: July 21, 2010                    Respectfully Submitted,

*/s/ Michael A. Brush*

Michael A. Brush
Counsel for Defendant

**REQUEST FOR CONTINUANCE; EXTENSION OF TIME FOR SENTENCING DATE**

## DECLARATION OF MICHAEL A. BRUSH

STATE OF CALIFORNIA     )
                            )   ss.
COUNTY OF LOS ANGELES  )

       I, Michael A. Brush, declare as follows:

       1. I have reviewed the preceding Request for Continuance; Extension of Time for Sentencing Date and request such for the following reason(s).

       2.  In the process of representing Mr. Bamdad I have become convinced that a fair, equitable and efficient sentencing cannot occur in this case without a full psychological evaluation of the Defendant.

       3.  Dr. Goldberg of Encino, CA has agreed to conduct an evaluation of the Defendant but indicates that it will require extension of one month's time. The doctor's office number is 818.881.7968 and mobile number is 818.355.5979.

       4.  I am aware that this request comes at the 11th hour, but as the Court knows Mr. Bamdad has had five previous counselors. I have had limited time to evaluate which psychiatric issues may impinge on the Defendant's *mens rea* as well as his troubled attorney-client relationships.

       2.  It is submitted that no prejudice will occur by allowing an extension of the sentencing date.. We are now in the process of organizing and cataloging all the necessary documentation for the aforementioned evaluation, but the doctor will need an additional 30 days if it so pleases the Court.

       3.  I declare under penalty of perjury that the foregoing is true and correct.

       Executed on this 21st day of July 2010, at Los Angeles, California.


                                      */s/ Michael A. Brush*
                                  _____

                                    Michael A. Brush

**REQUEST FOR CONTINUANCE; EXTENSION OF TIME FOR SENTENCING DATE**

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA,                    )
                                        ) ss.
COUNTY OF LOS ANGELES                   )

I am a resident of the County aforesaid; I am over the age of eighteen years and not a party to the

within entitled action; my business address is 1880 Century Park East, Suite 615, Los Angeles, CA 90067.

On July 21, 2010 I served the foregoing described as **REQUEST FOR CONTINUANCE;**

**EXTENSION OF TIME FOR SENTENCING DATE** on counsel for all named parties in this action by

placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United

States mail at Los Angeles, California, addressed as follows:

Stephanie S. Christensen, Esq.
Assistant U.S. Attorney
Xochitl D. Arteaga, Esq.
Assistant U.S. Attorney
312 North Spring Street
Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21st at Los Angeles, California.


Jean-Paul C. Lundy                            */s/ Jean-Paul C. Lundy*
                                              Signature of Declarant

---

3
**REQUEST FOR CONTINUANCE; EXTENSION OF TIME FOR SENTENCING DATE**