ANDRÈ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
XOCHITL D. ARTEAGA (Cal. SBN: 227034)
Violent and Organized Crime Section
STEPHANIE S. CHRISTENSEN (Cal. Bar No. 236653)
CHIP Section
Assistant United States Attorneys
    12th Floor United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0500/3756
    Facsimile: (213) 894-0141
    E-mail:    xochitl.arteaga@usdoj.gov
    E-mail:    stephanie.christensen@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 08-00506(A)-GW |
|---|---|
| Plaintiff, | ) <u>GOVERNMENT'S OPPOSITION TO</u> <u>DEFENDANT'S REQUEST FOR</u> |
| v. | ) <u>CONTINUANCE; EXTENSION OF TIME</u> <u>FOR SENTENCING DATE</u> |
| MASOUD BAMDAD, | ) |
| Defendant. | ) |

   Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files this opposition to Defendant's Request for Continuance; Extension of Time for Sentencing Date.

   This opposition is based upon the attached memorandum of points and authorities, any argument upon hearing of this motion,

1 | and the complete files and records of this case.

3 | Dated: July 23, 2010            Respectfully submitted,

ANDRÈ BIROTTE JR.
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
XOCHITL D. ARTEAGA
**STEPHANIE S. CHRISTENSEN**
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ii

## **MEMORANDUM OF POINTS AND AUTHORITIES**

On May 6, 2009, a jury found defendant Masoud Bamdad guilty of thirteen felonies including ten counts of unlawful distribution of oxycodone (counts two through eleven), and three counts of unlawful distribution to persons under twenty one (counts twenty three to twenty five). Sentencing was initially set for September 10, 2009. This sentencing date was vacated and defendant was afforded multiple continuances to allow for numerous changes of counsel and additional time for defendant to file post-trial motions.

On February 4, 2010, the United States Probation Office issued its Presentence Investigation Report ("PSR") in this matter. On April 16, 2010, the government filed its sentencing position paper. On April 19, 2010, this Court denied all post-trial motions and set a sentencing date of June 28, 2010. This date afforded defendant approximately two months to respond to both the PSR and the government's sentencing position paper.

One week before this sentencing date, defendant sought leave to substitute counsel for the sixth time. The Court granted defendant's request and, over the government's objection, allowed defendant leave to file yet another post-trial motion and continued sentencing to July 29, 2010. In doing so, the Court afforded defendant still more time to file a sentencing position paper, ordering it to be filed on or before July 19, 2010.

On July 19, 2010, defendant sought leave to file his position paper three days late, which request was granted. On July 21, 2010, defendant filed a document entitled "Request for Continuance; Extension of Time for Sentencing Date" asking the

1

Court to continue the sentencing date for another month so that defendant could submit a psychological evaluation in support of his sentencing position.[1]  The government submits that defendant has had ample opportunity to prepare for sentencing and objects to defendant's request for a further continuance.  Defendant filed a sentencing position paper on July 22, 2010.

Dated: July 23, 2010            Respectfully submitted,

                                ANDRÈ BIROTTE JR.
                                United States Attorney

                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division


                                      /s/
                                 XOCHITL D. ARTEAGA
                                **STEPHANIE S. CHRISTENSEN**
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

---

[1] Notably, defendant's request is not a motion pursuant to 18 U.S.C. § 4241(a) for a competency evaluation, but merely a request for additional time to submit a psychological evaluation in support of an argument under 18 U.S.C. § 3553(a).  Moreover, even if it were a competency motion there is not "reasonable cause to believe that the defendant may presently be suffering from a mental disease of defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his defense."  18 U.S.C. § 4241(a).

2