## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 08-506-GW |
| Date | July 28, 2010 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter None

| Javier Gonzalez | None Present | Stephanie S. Christensen - not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Masoud Bamdad | not | ✔ | | Michael A. Brush | not | | ✔ |

**Proceedings:** COURT ORDER (IN CHAMBERS)

  The Court is in receipt of Defendant Masoud Bamdad's "Request for Continuance; Extension of Time for Sentencing Date," filed on July 21, 2010.  The Government's opposition was filed on July 23, 2010.  The request for a continuance is **denied.**

                                                   :

Initials of Deputy Clerk   JG

cc: