UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-506-GW | Date | July 28, 2010 |
|---|---|---|---|

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | None |

| Javier Gonzalez | None Present | Stephanie S. Christensen - not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Masoud Bamdad | not | ✔ | | Michael A. Brush | not | | ✔ |

**Proceedings:**   COURT ORDER (IN CHAMBERS)

   The Court is in receipt of Defendant Masoud Bamdad's Motion to Request "Gag Order," or in the Alternative, Order to Seal the Entire Record, filed on July 22, 2010. The Government's opposition was filed on July 23, 2010. The request is **denied.**

                                                                                              :
                                                        Initials of Deputy Clerk    JG

cc:

---

CR-11 (09/98)                          **CRIMINAL MINUTES - GENERAL**                          Page 1 of 1