Michael A. Brush, SBN #046576
**BRUSH & SACKS**
1880 Century Park East, Suite 615
Los Angeles, CA 90067
Telephone: 310.203.8818
Facsimile: 310.203.8828

Attorney for Defendant, MASOUD BAMDAD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MASOUD BAMDAD,<br><br>    Defendant. | CASE NO. **CR 08-506 (A) GW**<br><br>**REQUEST FOR RECOMMENDATION TO BUREAU OF PRISONS FOR LOCAL HOUSING** |

Defendant MASOUD BAMDAD hereby requests that this honorable court recommend that he be housed in a Southern California facility accessible to his family.

DATED: August 3, 2010                              Respectfully Submitted,

                                                                            */s/ Michael A. Brush*

                                                                            Michael A. Brush
                                                                            Counsel for Defendant

---

1
**REQUEST FOR RECOMMENDATION TO BUREAU OF PRISONS FOR LOCAL HOUSING**

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA,            )
                                ) ss.
COUNTY OF LOS ANGELES           )

I am a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1880 Century Park East, Suite 615, Los Angeles, CA 90067.

On August 3, 2010 I served the foregoing described as **REQUEST FOR RECOMMENDATION TO BUREAU OF PRISONS FOR LOCAL HOUSING** on counsel for all named parties in this action by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

Stephanie S. Christensen, Esq.
Assistant U.S. Attorney
Xochitl D. Arteaga, Esq.
Assistant U.S. Attorney
312 North Spring Street
Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3rd at Los Angeles, California.


Jean-Paul C. Lundy                              */s/ Jean-Paul C. Lundy*
                                                Signature of Declarant