**P-Send**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEFENDANT. | PLAINTIFF | CASE NUMBER<br><br><br>**ABSTRACT OF COURT PROCEEDING** |
|---|---|---|

**TO:** UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable _____,
☐ United States District Judge   ☐ United States Magistrate Judge, has this date   ☐ ordered   ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make   ☐ _____ social   ☐ _____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith         ☐ as soon as possible         ☐ as requested, at suitable times

☐ Allowed social visits         ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to   ☐ MDCLA   ☐ Other _____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment.  A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

CLERK U.S. DISTRICT COURT

Dated:_____         By: _____
                                            Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles     ☐ Southern Division-Santa Ana     ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____
_____
_____

| Name (Print) | Title | Signature |
|---|---|---|

*cc:* ☐ *MDC,* ☐ *Cell block*

CR-53  (12/03)                    **ABSTRACT OF COURT PROCEEDING**