UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-506(A)-GW | Date | August 9, 2010 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Javier Gonzalez | Wil Wilcox | Monica Tait |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Masoud Bamdad | not | ✔ | | Michael A. Brush | ✔ | | ✔ |
| | | | | Shabnam Dastmalchian - claimant | ✔ | | |

**Proceedings:**   STATUS CONFERENCE

Claimant Shabnam Dastmalchian will have until August 23, 2010 to file a new petition in compliance with 21 U.S.C. § 853(n).

The Status Conference is continued to **September 9, 2010 at 8:30 a.m.**

                                                                                                                  :     07

                                                                                        Initials of Deputy Clerk   JG

cc: