Michael A. Brush, SBN #046576
**BRUSH & SACKS**
1880 Century Park East, Suite 615
Los Angeles, CA 90067
Telephone: 310.203.8818
Facsimile: 310.203.8828

Attorney for Defendant, MASOUD BAMDAD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MASOUD BAMDAD, <br><br> Defendant. | CASE NO. **CR 08-506 (A) GW** <br><br> **PETITION FOR RELIEF FROM FORFEITURE BY MSB INVESTMENT AND REQUEST FOR STAY OF ACTION PENDING APPEAL** |

TO THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA AND HIS REPRESENTATIVE:

MSB Investment Group, LLC hereby petitions for relief for forfeiture in this case based upon the attached declaration of counsel.

DATED: August 14, 2010                    Respectfully Submitted,

                                   _/s/ Michael A. Brush_

                                   Michael A. Brush
                                   Counsel for Defendant

## <u>DECLARATION OF MICHAEL A. BRUSH</u>

STATE OF CALIFORNIA     )
                             )  ss.
COUNTY OF LOS ANGELES  )

I, Michael A. Brush, declare as follows:

1. I am informed and believe that Defendant Masoud Bamdad, MD has no personal interest in the property subject to this forfeiture.

2. I am informed and believe that MSB Investment Group, LLC is a family trust that owns the subject property.

3. I am also informed and believe that the subject property is rented to Americare Medical Dental Group. In the Americare premises Shabnam Dastmalchain, DDS conducts business for her dental practice.

4. It is my professional opinion that a stay of forfeiture be granted pursuant to Rule 32.2 (d) of the Federal Rules of Criminal Procedure based upon the notice of appeal filed by Defendant Bamdad in this case.

5.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of August 2010, at Los Angeles, California.


*/s/ Michael A. Brush*
_____

Michael A. Brush

1

2

### DECLARATION OF SHABNAM DALSTMACHIAN, DD.S.

3      STATE OF CALIFORNIA              )

                                        ) ss.

4      COUNTY OF LOS ANGELES            )

5          I, Shabnam Dalstmachian, D.D.S. declares as follows:

6          1. I am Chief Executive Officer of MSB Investment, which owns the real property in question in

7   the above referenced case.  I maintain my dental practice in this building.  This building has not benefited

8

9   from any funds derived from the unlawful sale of Oxycontin or any other drug.  It was acquired with totally

10  lawful funds.

11         2. I declare under penalty of perjury that the foregoing in true and correct.

12

13

14         Executed on this 22nd day of August, 2010, at Los Angeles, California.

15

16

17                          */s/ Shabnam Dalstmalchian*

18                          Shabnam Dalstmalchian, DD.S.

19

20

21

22

23

24

25

26

27

28

**PETITION FOR RELIEF FROM FORFEITURE BY MSB INVESTMENT AND REQUEST FOR STAY OF ACTION PENDING APPEAL**

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA,       )
                                   ) ss.
COUNTY OF LOS ANGELES    )

       I am a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1880 Century Park East, Suite 615, Los Angeles, CA 90067.

       On August 22, 2010 I served the foregoing described as **PETITION FOR RELIEF FROM FORFEITURE BY MSB INVESTMENT AND REQUEST FOR STAY OF ACTION PENDING APPEAL** on counsel for all named parties in this action by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

Monica E. Tait, Esq.
U.S. Attorney Offices
U.S. Courthouse, 14th Floor
312 North Spring Street
Los Angeles, CA 90012

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on August 22, 2010 at Los Angeles, California.


Jean-Paul C. Lundy                          */s/ Jean-Paul C. Lundy*
                                           Signature of Declarant

**PETITION FOR RELIEF FROM FORFEITURE BY MSB INVESTMENT AND REQUEST FOR STAY OF ACTION PENDING APPEAL**