```
              CLERK'S OFFICE U.S.D.C.
                   LOS ANGELES
       9/7/2010 3:32:19 PM  Receipt #: 145925
              Cashier : KPAGE [LA 1-1]
       Paid by: THE LAW OFFICES OF BECKY WALKER
       JAMES
       2:CR08-00506
       2010-086900        Appeals Filing Fees(1)
       Amount :                          $105.00

       2:CR08-00506
       2010-510000Judicial Services ($150.00)(1)
       Amount :                          $150.00

       2:CR08-00506
       2010-086400Appeals Filing fee - Special(1
       )
       Amount :                          $200.00
       ----------------------------------------
       Check Payment : 1008 /             455.00
       ----------------------------------------
       Total Payment :                    455.00

       (= NO REFUNDS WITHOUT WHITE RECEIPT =)
```