```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA002264
Cashier ID: jacash
Transaction Date: 10/27/2010
Payer Name: L/O BECKY WALKER JAMES

NOTICE OF APPEAL/DOCKETING FEE
 For: L/O BECKY WALKER JAMES
 Case/Party: D-CAC-2-08-CV-000506-001
 Amount:         $455.00

CHECK
 Check/Money Order Num: 1023
 Amt Tendered:  $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.
```