1    LAW OFFICES OF BECKY WALKER JAMES
     BECKY WALKER JAMES (Bar No. CA 151419)
2    1990 South Bundy Drive, Suite 705
     Los Angeles, CA90025
3    Telephone:  (310) 492-5104
     Facsimile:  (310) 492-5026
4    E-mail: becky@walkerjameslaw.com

5    Attorney for *Defendant*
     **MASOUD BAMDAD**

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

     UNTIED STATES OF AMERICA,          Case No.  CR 08-506(A)-GW
11
             Plaintiff,                 **ORDER RELEASING SEALED**
12                                      **TRANSCRIPTS TO COUNSEL**

13       vs.

     MASOUD BAMDAD,
14
             Defendant.
15

16

17       Good cause appearing, IT IS ORDERED that the following transcripts be ordered

18   unsealed for the limited purpose of permitting Defendant MasoudBamdad's counsel access to the

19   transcripts:

20
         1.  Docket #323: Reporter's Transcript for July 16, 2009.
21
         2.  Docket #324: Reporter's Transcript for November 30, 2009.
22
      The transcripts shall remain under seal for all other purposes.  Counsel for defendant shall not
23
     disclose the transcripts to any other person except as necessary to assist with the representation of
24
     Defendant Bamdad on appeal.
25
     DATED: December 2, 2010          _____
26
                                      HON. GEORGE H. WU
27                                    United States District Judge

28

                                    1
     **[PROPOSED] ORDERRELEASING SEALED TRANSCRIPTS TO COUNSEL**