UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-506(A)-GW | Date | December 6, 2010 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Javier Gonzalez | Wil Wilcox | Monica Tait |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Masoud Bamdad | not | ✔ | | Michael A. Brush | ✔ | | ✔ |
| | | | | Shabnam Dastmalchian - claimant | ✔ | | |

**Proceedings:**   STATUS CONFERENCE

Settlement negotiations are ongoing.

The Status Conference is continued to **December 13, 2010 at 8:30 a.m.**

|  | : | 03 |
|---|---|---|
| Initials of Deputy Clerk | JG | |

cc: