**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 26 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff - Appellee,<br><br>   v.<br><br>MASOUD BAMDAD,<br><br>              Defendant - Appellant. | Nos. 10-50373 and 10-50396<br><br>D.C. No. 2:08-cr-00506-GW-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 2 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

Appellee's opposed motion for an extension of time to file the answering brief is granted in part. The answering brief is due March 14, 2011. The optional reply brief is due within 14 days after service of the answering brief.

amt/Pro Mo 24Jan 2011