ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Section
STEPHANIE S. CHRISTENSEN (CA Bar No. 236653)
Assistant United States Attorney
XOCHITL ARTEAGA (CA Bar No. 227034)
Assistant United States Attorney
    12th Floor United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3756/0500
    Facsimile: (213) 894-0141
    Email:    Stephanie.Christensen@usdoj.gov
    Email:    Xochitl.Arteaga@usdoj.gov
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT (CA Bar No. 157311)
Assistant United States Attorney
Asset Forfeiture Section
    14th United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2931
    Facsimile:  (213) 894-7177
    e-mail:    Monica.tait@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MASOUD BAMDAD ) <br> ) <br> Defendant. ) <br> _____ ) <br> MSB INVESTMENT GROUP, LLC, ) <br> ) <br> Petitioner. ) <br> ) <br> _____ ) | CR 08-00506-GW <br> **Ancillary proceeding** <br><br> AMENDMENT TO DECEMBER 13, 2010 "STIPULATION BETWEEN UNITED STATES OF AMERICA AND PETITIONER MSB INVESTMENT GROUP, LLC" TO DELAY SALE OF MEDICAL BUILDING PENDING ISSUANCE OF MANDATE RE: CRIMINAL APPEAL |

IT IS HEREBY STIPULATED by and between the United States of America and MSB Investment Group, LLC ("MSB"), as follows:

1. This document constitutes an Amendment to certain provisions of the parties' STIPULATION BETWEEN UNITED STATES OF AMERICA AND PETITIONER MSB INVESTMENT GROUP, LLC AND REQUEST FOR ENTRY OF FINAL ORDER OF FORFEITIURE, RESOLVING ANCILLARY PROCEEDING signed and filed with this Court on December 13, 2010 as docket number 330 (the "12/13/10 Stipulation"), as provided by paragraph 16 of the 12/13/10 Stipulation.

2. The first sentence of Paragraph 6 of the 12/13/10 Stipulation is amended by replacing only that sentence with the following language:  "In the event defendant Masoud Bamdad's conviction on one or more counts giving rise to forfeiture is affirmed by the Ninth Circuit Court of Appeals, and such decision is not appealed further, or certiorari is denied, or is affirmed by the United States Supreme Court, if the parties have not by that time entered into a separate written agreement pursuant to which MSB buys out the United States's interest in the Subject Property, the parties stipulate and agree that the Subject Property shall be sold for fair market value by the United States in accordance with paragraph 7(b)(i) of the 12/13/10 Stipulation, and the proceeds from that sale distributed in accordance with that paragraph.  The "counts giving rise to forfeiture" are Counts Two through Eleven, Twenty-Three, Twenty-Four, and Twenty-Five of the First Superseding Indictment. *Provided*, at any time, the United States may petition the Court for a sale notwithstanding any pending criminal appeal if the government demonstrates that any of the reasons described in Rule

1 G(7)(b)(i), Supplemental Rules for Admiralty and Maritime Claims
2 and Asset Forfeiture Actions, Federal Rules of Civil Procedure,
3 apply."
4     3.   The parties previously attempted to sell the Subject
5 Property in accordance with paragraph 7(a) of the 12/13/10
6 Stipulation, and those efforts were not successful.  Accordingly,
7 paragraph 7 of the 12/13/10 Stipulation is amended as follows:
8 Beginning on page 3, line 16, insert the word "[concluded]" after
9 the "a." instead of "Sale Efforts by MSB."  All language
10 beginning on page 3, line 17, and continuing through page 6, line
11 1 is no longer in force.  All language beginning on Page 6, line
12 2, immediately after "b. Sale of Subject Property by United
13 States:," and continuing through and including the word
14 "withheld" on page 6, line 25, is no longer in force.  The
15 following language shall be inserted at the end of subparagraph
16 7(b)(i)(D) on page 7, at line 14: "All right, title, and interest
17 of MSB and all other potential petitioners in the portion of the
18 Net Proceeds paid to USMS is condemned and forfeited to the
19 United States without further order of the Court, and the United
20 States shall have judgment as to the interests of MSB, and all
21 other potential petitioners, in such portion.  The USMS shall
22 dispose of the government's portion of the Net Proceeds in
23 accordance with law."
24     4.   In light of the Amendment described in paragraph two of
25 this agreement, paragraph 11 of the 12/13/10 Stipulation is no
26 longer in force.
27     5.   All language in Paragraph 12 of the 12/13/10
28 Stipulation is replaced with the following language:  In the

3

1  event defendant Masoud Bamdad's convictions on each and every
2  count giving rise to forfeiture are reversed, and if the Subject
3  Property is found to be subject to forfeiture on any retrial of
4  the forfeiture phase as to Masoud Bamdad conducted pursuant to
5  Fed. R. Crim. P. 32.2(b)(1) and/or (b)(5), MSB and Shabnam
6  Dastmalchian waive and relinquish all rights each of them may
7  have pursuant to 21 U.S.C. § 853(n) to petition the court to
8  adjudicate the validity of their alleged interest(s) in the
9  Subject Property.  The Subject property will then be sold by the
10 United States in accordance with the 12/13/2010 Stipulation, as
11 modified by the instant agreement.

     6.    The United States's right to appeal any decision resulting from a retrial of the forfeiture are not affected by this agreement.

     7.    In consideration for the government's agreement to amend the 12/13/10 Stipulation as set forth herein, MSB and Shabnam Dastmalchian agree that they shall not make any application to restrain or stay the sale or disposition of the Subject Property (as defined in the 12/13/10 Stipulation) pursuant to 21 U.S.C. § 853(h).

     8.    All provisions of the 12/13/2010 Stipulation not

//
//
//
//
//
//
//

4

1 | specifically amended by this document remain in full force and
2 | effect.

3 | **SO STIPULATED.**

4 | DATED: 8/10/2011          ANDRÉ BIROTTE JR.
                              United States Attorney
5 |                           ROBERT E. DUGDALE
                              Assistant United States Attorney
6 |                           Chief, Criminal Division
                              STEVEN R. WELK
7 |                           Assistant United States Attorney
                              Chief, Asset Forfeiture Section
8 |
                              /s/ Monica C. Tait
9 |                           _____
                              MONICA E. TAIT
                              Assistant United States Attorney
10 |
                              Attorneys for Plaintiff
11 |                          UNITED STATES OF AMERICA

12 |
      DATED: 8/8/11            MSB INVESTMENT GROUP, LLC
13 |
                              _____
14 |                           SHABNAM DASTMALCHIAN
                              Managing Member
15 |

16 | DATED: _____    MICHAEL BRUSH, ESQ.

17 |
                              _____
18 |                           Attorney for
                              MSB INVESTMENT GROUP LLC

19 |

20 | The undersigned declares under penalty of perjury that:

21 |     1.   I am a duly-appointed managing member of MSB Investment
22 | Group, LLC.

23 |     2.   I am authorized by MSB Investment Group LLC. to execute
24 | this document on behalf of MSB Investment Group LLC.

25 |     3.   I also sign this agreement in my individual capacity in
26 | connection with paragraphs 5 and 7.

27 | DATED: 8/8/11              _____
                                SHABNAM DASTMALCHIAN
28 |                             Managing Member

specifically amended by this document remain in full force and effect.

**SO STIPULATED.**

DATED: _____

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
MONICA E. TAIT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: _____

MSB INVESTMENT GROUP, LLC

_____
SHABNAM DASTMALCHIAN
Managing Member

DATED: 8-10-2011

MICHAEL BRUSH, ESQ.

_____
Attorney for
MSB INVESTMENT GROUP LLC

The undersigned declares under penalty of perjury that:

1. I am a duly-appointed managing member of MSB Investment Group, LLC.

2. I am authorized by MSB Investment Group LLC. to execute this document on behalf of MSB Investment Group LLC.

3. I also sign this agreement in my individual capacity in connection with paragraphs 5 and 7.

DATED: _____

_____
SHABNAM DASTMALCHIAN
Managing Member

5 -b.